# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen J Major, | No. CV-20-00530-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Bossard Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Agreed Stipulation to Dismiss with Prejudice (Doc. 67). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Agreed Stipulation to Dismiss with Prejudice (Doc. 67). This case is dismissed with prejudice in its entirety and with party shall bear his/its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

Dated this 18th day of August, 2021.

Honorable John C. Hinderaker
United States District Judge